JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Cross-Defendant
Michael Medlin

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PAUL BLUMENTHAL, THE HERTZ CORPORATION, and DOES ONE THROUGH TEN, <br><br> Defendants. | NO. C- |
| ROBERT PAUL BLUMENTHAL and THE HERTZ CORPORATION, <br><br> Cross-Complainants, <br><br> v. <br><br> MICHAEL SCOTT MEDLIN, and ROES ONE THROUGH TEN, inclusive, <br><br> Cross-Defendants. | **CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |

I, Joann M. Swanson, hereby certify as follows:

1. I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from Joseph P. Russoniello, the duly appointed United States Attorney for the Northern District of California, I have been authorized to exercise on

1  behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to
2  28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a
3  defendant in a civil action was acting within the course and scope of his or her employment with
4  reference to the matters alleged in the suit.
5      2.    I have reviewed the complaint in the above-captioned action. On the basis of that
6  complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C.
7  § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that cross-
8  defendant Michael Scott Medlin was acting within the course and scope of his employment with the
9  U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives.

Dated: ~~May~~ April 28, 2008

JOANN M. SWANSON
Chief, Civil Division

CERTIFICATION PURSUANT TO
28 U.S.C. § 2679(d) - Medlin     -2-