JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Cross-Defendant
Michael Medlin

FILED
MAY - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>ROBERT PAUL BLUMENTHAL,<br>THE HERTZ CORPORATION, and<br>DOES ONE THROUGH TEN,<br><br>           Defendants. | No. C 08-2263 WDB |
| ROBERT PAUL BLUMENTHAL and<br>THE HERTZ CORPORATION,<br><br>           Cross-Complainants,<br><br>   v.<br><br>MICHAEL SCOTT MEDLIN, and<br>ROES ONE THROUGH TEN, inclusive,<br><br>           Cross-Defendants. | **DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A<br>UNITED STATES DISTRICT JUDGE** |

///

///

///

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Cross-Defendant Michael Scott Medlin, by and through his undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 1, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
JENNIFER S. WANG
Assistant United States Attorney

DECLINATION TO PROCEED BF A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A U.S.
DISTRICT JUDGE; Allstate v. Blumenthal v. Medlin,
C 08-2263 WDB                               -2-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Allstate Insurance Company v. Robert Paul Blumenthal et al. v. Michael Scott Medlin**
**Case No. C 08-2263 WDB**

to be served this date upon the parties in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FEDEX**

____   **FACSIMILE (FAX)**  Telephone No.:_____

to the parties addressed as follows:

> Michael S. Morse
> MORSE, BOLINGER & ASSOCIATES
> A Professional Corporation
> 2300 Contra Costa Blvd., Suite 285
> Pleasant Hill, California 94523
> **Attorneys for Plaintiff Allstate Insurance Co.**

> Thomas M. Downey
> Christopher R. Nelson
> BURNHAM BROWN
> 1901 Harrison Street, 11th Floor
> Oakland, California 94612
> **Attorneys for Defendants and Cross-Complainants**
> **Robert Paul Blumenthal and Hertz Corporation**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of May, 2008 at San Francisco, California.

ELSIE SATO
Paralegal Specialist

DECLINATION TO PROCEED BF A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A U.S.
DISTRICT JUDGE; Allstate v. Blumenthal v. Medlin,
C 08-2263 WDB                              -3-