1
2
3
4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>ROBERT PAUL BLUMENTHAL,<br>et al.<br><br>       Defendants.<br>_____/ | No. C 08-2263 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for August 5, 2008, at 4:00 p.m. is vacated.

Dated: May 5, 2008                                  Richard W. Wieking, Clerk
                                                                            United States District Court

                                                                            *Sarah Weinstein*

                                                                            By: SarahWeinstein
                                                                               Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd