```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S. WANG (CSBN 233155)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102-3495
       Telephone: (415) 436-6967
 6     Facsimile:  (415) 436-6748
       Email: jennifer.s.wang@usdoj.gov
 7
    Attorneys for Federal Cross-Defendant
 8  Michael Medlin
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) | No. C 08-2263 WDB |
| Plaintiff, | ) ) | |
| v. | ) ) | **PROOF OF SERVICE** |
| ROBERT PAUL BLUMENTHAL, THE HERTZ CORPORATION, and DOES ONE THROUGH TEN, | ) ) ) ) | |
| Defendants. | ) ) | |
| ROBERT PAUL BLUMENTHAL and THE HERTZ CORPORATION, | ) ) ) | |
| Cross-Complainants, | ) ) | |
| v. | ) ) | |
| MICHAEL SCOTT MEDLIN, and ROES ONE THROUGH TEN, inclusive, | ) ) ) | |
| Cross-Defendants. | ) ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on May 1, 2008 she caused a copy of:

PROOF OF SERVICE
Allstate v. Blumenthal et al. v. Medlin
C 08-2263 WDB                                         1

1. Notice Of Removal and Certification Pursuant to 28 U.S.C. § 2679(d) filed May 1, 2008;

2. Order Setting Initial Case Management Conference and ADR Deadlines filed May 1, 2008; Standing Order For U.S. Magistrate Judge Wayne D. Brazil; Standing Order For All Judges of the Northern District of California;

3. Notice of Assignment of Case to A United States Magistrate Judge For Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge and Request For Reassignment to a United States District Judge;

4. U.S. District Court Northern California ECF Registration Information Handout; and

5. Proof of Service

to be served upon the persons at the places and addresses stated below, which are the last known addresses:

| Attorneys for Plaintiff<br>Allstate Insurance Co.: | Attorneys for Defendants and Cross-Complainants<br>Robert Paul Blumenthal and Hertz Corporation: |
|---|---|
| Michael S. Morse<br>MORSE, BOLINGER & ASSOCIATES<br>A Professional Corporation<br>2300 Contra Costa Blvd., Suite 285<br>Pleasant Hill, California 94523 | Thomas M. Downey<br>Christopher R. Nelson<br>BURNHAM BROWN<br>1901 Harrison Street, 11th Floor<br>Oakland, California 94612 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1st__ day of May 2008 at San Francisco, California.

                                          /s/
                                      ELSIE SATO
                                      Paralegal Specialist