```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S. WANG (CSBN 233155)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-6967
 6      Facsimile:  (415) 436-6748
        Email: jennifer.s.wang@usdoj.gov
 7
    Attorneys for Federal Cross-Defendant
 8   Michael Medlin
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAUL BLUMENTHAL, THE HERTZ CORPORATION, and DOES ONE THROUGH TEN,<br><br>Defendants.<br>_____<br>ROBERT PAUL BLUMENTHAL and THE HERTZ CORPORATION,<br><br>Cross-Complainants,<br><br>v.<br><br>MICHAEL SCOTT MEDLIN, and ROES ONE THROUGH TEN, inclusive,<br><br>Cross-Defendants.<br>_____ | No. C 08-2263 SBA<br><br><br><br><br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING FEDERAL CROSS-DEFENDANT'S TIME TO RESPOND TO CROSS-COMPLAINT** |

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Allstate Insurance Company filed a complaint in the Superior Court of California, County of Sonoma on or about October 16, 2007 against defendants Robert Paul Blumenthal and the

STIP & [PROPOSED] ORDER EXTENDING FEDERAL CROSS-DEFENDANT'S
TIME TO RESPOND TO CROSS-COMPLAINT
C 08-2263 SBA                              -1-

Hertz Corporation for property damage to the vehicle of Plaintiff's insured Stephanie Troup ("Troup vehicle") allegedly sustained in a December 28, 2006 accident.

2. On or about February 25, 2008, Defendants filed Defendants and Cross-Complainants Robert Paul Blumenthal's and the Hertz Corporation's ("Hertz") Cross-Complaint for: (1) Equitable Indemnity; (2) Equitable Contribution; and (3) Declaratory Relief ("Cross-Complaint") related to the claim for property damage to the Troup vehicle alleged in plaintiff's complaint.  Defendants/cross-complainants Blumenthal and Hertz brought their cross-complaint against federal cross-defendant Michael Scott Medlin.

3. Federal cross-defendant filed a notice of removal on May 1, 2008.

4. On or about February 28, 2007 plaintiff submitted an administrative claim, Standard Form 95, to the Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF") for the property damage to the Troup vehicle claimed in plaintiff's complaint.  The processing of plaintiff's administrative claim has not yet been completed and is contingent upon the receipt by ATF of additional documentation from plaintiff.   The parties believe that the resolution of the processing of plaintiff's administrative claim may conclude the above-captioned case.

5. Accordingly, to allow time for the completion of the processing of plaintiff's administrative claim, the parties stipulate and agree to extend the federal cross-defendant's time to respond to the cross-complaint in the above-captioned case for 60 days, until July 8, 2008.

IT IS SO STIPULATED.

DATED:   May 7, 2008                                    Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                   /s/ Jennifer S Wang
                                  By: _____
                                               JENNIFER S WANG
                                               Assistant United States Attorney

DATED: May 7, 2008

By: /s/ Christopher R. Nelson
_____
CHRISTOPHER R. NELSON
BURNHAM BROWN
Attorneys for Defendants and Cross-Complainants

DATED: May 7, 2008

By: /s/ Michael S. Morse
_____
MICHAEL S. MORSE
MORSE, BOLINGER & ASSOCIATES
Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause having been shown, it is ordered that the federal cross-defendant's response to defendants/cross-complainants' cross-complaint in the above-captioned matter is extended to July 8, 2008.

IT IS SO ORDERED.

Dated: _____       _____
                                       SAUNDRA BROWN ARMSTRONG
                                       UNITED STATES DISTRICT COURT JUDGE