JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Cross-Defendant
Michael Medlin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT PAUL BLUMENTHAL,<br>THE HERTZ CORPORATION, and<br>DOES ONE THROUGH TEN,<br><br>    Defendants.<br>_____<br>ROBERT PAUL BLUMENTHAL and<br>THE HERTZ CORPORATION,<br><br>    Cross-Complainants,<br><br>  v.<br><br>MICHAEL SCOTT MEDLIN, and<br>ROES ONE THROUGH TEN, inclusive,<br><br>    Cross-Defendants.<br>_____ | No. C 08-2263 SBA<br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ]**<br>**ORDER EXTENDING FEDERAL CROSS-**<br>**DEFENDANT'S TIME TO RESPOND TO**<br>**CROSS-COMPLAINT** |

Defendants/cross-complainants and the federal cross-defendant, Michael Scott Medlin ("the

parties"), by and through their counsel of record, hereby stipulate and agree as follows:

   1. Plaintiff Allstate Insurance Company filed a complaint in the Superior Court of California,

1  County of Sonoma on or about October 16, 2007 against defendants Robert Paul Blumenthal and the
2  Hertz Corporation for property damage to the vehicle of plaintiff's insured Stephanie Troup ("Troup
3  vehicle") allegedly sustained in a December 28, 2006 accident.

4      2. On or about February 25, 2008, defendants filed Defendants and Cross-Complainants
5  Robert Paul Blumenthal's and the Hertz Corporation's ("Hertz") Cross-Complaint for: (1) Equitable
6  Indemnity; (2) Equitable Contribution; and (3) Declaratory Relief ("cross-complaint") related to the
7  claim for property damage to the Troup vehicle alleged in plaintiff's complaint.  Defendants/cross-
8  complainants Blumenthal and Hertz brought their cross-complaint against federal cross-defendant
9  Medlin.

10     3. Federal cross-defendant filed a notice of removal on May 1, 2008.

11     4. On or about February 28, 2007, plaintiff submitted an administrative claim, Standard Form
12 95, to the Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF") for the property damage to
13 the Troup vehicle claimed in plaintiff's complaint.  The processing of plaintiff's administrative claim
14 has not yet been completed.   The parties believe that the resolution of the plaintiff's administrative
15 claim may conclude the above-captioned case.

16     5. On May 8, 2008, pursuant to the parties' stipulation, the Court extended the federal cross-
17 defendant's time to respond to the cross-complaint in the above captioned case for 60 days, until July
18 8, 2008.

19     6. To allow time for the resolution of plaintiff's administrative claim, the parties stipulate and
20 agree to extend the federal cross-defendant's time to respond to the cross-complaint in the above-
21 captioned case for 45 days, until August 22, 2008.

22 IT IS SO STIPULATED.

23 DATED:   July 3, 2008                                    Respectfully submitted,

24                                                          JOSEPH P. RUSSONIELLO
                                                            United States Attorney
25

26                                        By:       /s/ Jennifer S Wang
                                                    JENNIFER S WANG
27                                                  Assistant United States Attorney

28

STIP & [PROPOSED] ORDER EXTENDING FEDERAL CROSS-DEFENDANT'S
TIME TO RESPOND TO CROSS-COMPLAINT
C 08-2263 SBA                                 -2-

1

2  DATED:   June 27, 2008

3                                          By:     /s/ Christopher R. Nelson
                                                   CHRISTOPHER R. NELSON
4                                                  BURNHAM BROWN
                                                   Attorneys for Defendants and Cross-
5                                                  Complainants

6

7

8                                      **ORDER**

9

10  Pursuant to the parties' stipulation, and good cause having been shown, it is ordered that the federal

11  cross-defendant's deadline to respond to defendants/cross-complainants' cross-complaint in the

12  above-captioned matter is extended to August 22, 2008.

    IT IS SO ORDERED.
13

14
    Dated: _7/9/08                                   _____
15                                                   SAUNDRA BROWN ARMSTRONG
                                                     UNITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER EXTENDING FEDERAL CROSS-DEFENDANT'S
TIME TO RESPOND TO CROSS-COMPLAINT
C 08-2263 SBA                                        -3-