1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INS. CO.,                                  Case No. 08-02263 SBA

       Plaintiff,                          **ORDER TO SHOW CAUSE**

v.                                                           [Docket No. 16]

ROBERT P. BLUMENTHAL, et al.,

       Defendant.

_____/

Plaintiff, having failed to appear for the telephonic Case Management Conference set for September 10, 2008,  has therefore failed to comply with this Court's May 8, 2008, Order [Docket No. 10].

Accordingly, it is ORDERED that:

(1)      Plaintiff  shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **October 16,  2008, at 4:00 p.m.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute and failure to comply with this Court's order.

(2)      At least ten days prior to the above hearing, Plaintiff  must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute.  The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3)      Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel.  Failure to fully comply with this Order will be deemed sufficient grounds to dismiss the case.

1

2          IT IS SO ORDERED.

3
Dated: 9/11/08                                    _____
4                                                 SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2