THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INS. CO., | Case No. 08-02263 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 16, 18] |
| ROBERT P. BLUMENTHAL, et al., | |
| Defendant. | |

This matter comes before the Court on the parties' stipulation to dismiss the complaint and cross complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a) and (c). [Docket No. 18]. Good cause being shown, it is ORDERED that the complaint and cross-complaint, Robert P. Blumenthal, the Hertz Corporation, and Michael Scott Medlin are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party bearing its own costs and attorney's fees.

It is FURTHER ORDERED that the hearing to show cause set for October 16, 2008, at 4:00 p.m. is vacated. [Docket No. 16].

IT IS SO ORDERED.

Dated: 10/7/08

SAUNDRA BROWN ARMSTRONG
United States District Judge